ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 2 6 2021
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Indictment |
| BERRICK CICERON, A/K/A "DAVID JEAN BAPTISTE" | No. 1:21-CR-030 |

THE GRAND JURY CHARGES THAT:

### Count One

On or about February 3, 2020, in the Northern District of Georgia, the defendant, BERRICK CICERON, also known as "David Jean Baptiste," did knowingly deliver, and caused to be delivered, firearms to a common contract carrier, that is:

1. Two (2) Taurus model PT111 G2 9mm caliber pistols; and
2. One (1) Taurus model G2C 9mm pistol;

for transportation and shipment in interstate and foreign commerce to a person who is not a licensed importer, manufacturer, dealer, and collector, without notice to the carrier, that is, DHL, that a firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1).

### Count Two

On or about February 3, 2020, in the Northern District of Georgia, the defendant, BERRICK CICERON, also known as "David Jean Baptiste," did

fraudulent and knowingly attempt to export and send merchandise, articles and objects from the United States to the Republic of Haiti, that is:

1. Two (2) Taurus model PT111 G2 9mm caliber pistols; and
2. One (1) Taurus model G2C 9mm pistol;

contrary to the laws and regulations of the United States, by failing to notify a common contract carrier, that is, DHL, that there would be firearms in a shipment, in violation of Title 18, United States Code, Section 554(a).

## Forfeiture

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, BERRICK CICERON, also known as "David Jean Baptiste," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

Upon conviction of the offense alleged in Count Two of this Indictment, the defendant, BERRICK CICERON, also known as "David Jean Baptiste," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, constituting or derived from proceeds traceable to the violation or conspiracy to commit the violation(s), including but not limited to the firearms described above and any ammunition associated with those firearms.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A \_\_\_\_TRUE\_\_\_\_ BILL

_____
FOREPERSON

BOBBY L. CHRISTINE
*Acting United States Attorney*

PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3